THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DEL DESART, individually,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, and DOES ONE THROUGH FIFTY,<br><br>    Defendants. | Case No. 3:20-cv-06205-BHS<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

The parties in the above-captioned matter stipulate and agree under Fed. R. Civ. P. 41(a)(1)(A)(ii) that the Court may dismiss with prejudice all claims, causes of action, and parties, with each party bearing that party's own costs, expenses, and fees.

DATED this 7th day of September, 2022.

| PHILLIPS LAW FIRM | LANE POWELL PC |
|---|---|
| By: *s/ Doug Weinmaster*<br>Doug Weinmaster, WSBA No. 28225<br>dweinmaster@justiceforyou.com<br><br>*Attorneys for Plaintiff* | By: *s/ Tim D. Wackerbarth*<br>Tim D. Wackerbarth, WSBA No. 13673<br>wackerbartht@lanepowell.com<br>Andrew G. Yates, WSBA No. 34239<br>yatesa@lanepowell.com<br><br>*Attorneys for Defendant National Railroad Passenger Corporation* |

STIPULATION AND ORDER OF DISMISSAL - 1
CASE NO. 3:20-CV-06205-BHS

444444.3234/9117203.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

**ORDER**

Pursuant to the foregoing stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff's claims herein are hereby dismissed with prejudice and without costs to any of the aforementioned parties.

DATED this 9th day of September, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

| PHILLIPS LAW FIRM | LANE POWELL PC |
|---|---|
| By: *s/ Doug Weinmaster*<br>Doug Weinmaster, WSBA No. 28225<br>dweinmaster@justiceforyou.com | By: *s/ Tim D. Wackerbarth*<br>Tim D. Wackerbarth, WSBA No. 13673<br>wackerbartht@lanepowell.com<br>Andrew G. Yates, WSBA No. 34239<br>yatesa@lanepowell.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant National Railroad Passenger Corporation* |

STIPULATION AND ORDER OF DISMISSAL - 2
CASE NO. 3:20-CV-06205-BHS

444444.3234/9117203.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107